## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLORUNFEMI COKER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FJERRY, LLC, a New York Limited Liability Company, individually and d/b/a "@fuckjerry," and "Jerry Media;" ELLIOT TEBELE, an Individual; JAJA SPIRITS, LLC, a New York Limited Liability Company individually and d/b/a Jaja Tequila; and DOES 1-10.<br><br>Defendants. | Case No.: :19-cv-02456-GBD<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**TO THE HONORABLE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT plaintiff hereby voluntarily dismisses this action in its entirety pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i).

This dismissal is <u>without</u> prejudice.

|  |  |  |
|---|---|---|
|  |  | Respectfully submitted, |
| Dated: March 21, 2019 | By: | _____ |
|  |  | Scott Alan Burroughs, Esq. |
|  |  | DONIGER / BURROUGHS |
|  |  | 231 Norman Avenue, Suite 413 |
|  |  | Brooklyn, New York 11222 |
|  |  | (310) 590 – 1820 |
|  |  | scott@donigerlawfirm.com |
|  |  | Attorney for Plaintiff |
|  |  | OLORUNFEMI COKER |